UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIZENT DENISE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SSA,<br><br>    Defendant. | No. 2:17-cv-0950 AC<br><br><br>ORDER |

This matter was referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). Plaintiff's affidavit is incomplete, in that it fails to completely answer from what source, if any, plaintiff has received money "within the past twelve months." ECF No. 2 at 2 ¶ 3. Specifically, plaintiff fails to disclose whether or not, in the past 12 months, plaintiff has received money from any "business, profession or form of self-employment;" "rent payments, interest or dividends;" "pensions annuities or life insurance payments;" and "gifts or inheritances." See id.

Moreover, according to the application plaintiff owns "real estate [like your home], stocks, automobiles or other valuable property," but fails to describe these items or to state their approximate value. See id. at 2 ¶ 5.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed IFP (ECF No. 2) is DENIED without prejudice to its renewal with all entries on the form completed.

2. Plaintiff is granted 30 days from the date of this order to renew the IFP application in proper form, or to pay the filing fee. Plaintiff is cautioned that failure to timely renew the IFP in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

DATED: May 9, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE