BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRIZENT DENISE BROWN | ) | Case No. 2:17-cv-00950 AC |
| xxx-xx-0543 | ) | |
| | ) | ~~PROPOSED~~ ORDER EXTENDING |
| Plaintiff, | ) | PLAINTIFF'S TIME TO FILE |
| | ) | SUMMARY JUDGEMENT MOTION |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SSA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

~~PROPOSED~~ ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to February 23, 2018

DATED: February 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1